IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ANGELO SEARCY,

        Petitioner,                  No. CIV S-07-0368 GEB KJM P

    vs.

PEOPLE OF THE STATE
OF CALIFORNIA,

        Respondent.                 <u>FINDINGS AND RECOMMENDATIONS</u>

        Petitioner is a state prisoner proceeding pro se with an application for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On August 3, 2007, respondent filed a motion to dismiss.  On October 15, 2007, the court directed petitioner to file an opposition or statement of non-opposition and warned petitioner that failure to respond would result in a recommendation that the action be dismissed.  Petitioner has not responded.

        IT IS HEREBY RECOMMENDED that this action be dismissed under the authority of Federal Rule of Civil Procedure 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty days after being served with these findings and recommendations, any party may file written objections with the court and serve a copy on all parties.  Such a document should be captioned

1  "Objections to Magistrate Judge's Findings and Recommendations."  Any reply to the objections
2  shall be served and filed within ten days after service of the objections.  The parties are advised
3  that failure to file objections within the specified time may waive the right to appeal the District
4  Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).
5  DATED:  December 17, 2007.

_____
U.S. MAGISTRATE JUDGE

2

sear0368.46f&r